IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BRIAN GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-_____ |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, UNKNOWN AND UNNAMED WARDEN OF THE LOGAN CORRECTIONAL CENTER, in his Official and Individual Capacity, and UNKNOWN and UNNAMED OFFICIALS AT THE LOGAN CORRECTIONAL CENTER, in their Official and Individual Capacity, | ) ) ) ) ) ) ) ) | Plaintiff Demands Trial By Jury |
| Defendants. | ) | |

CERTIFICATE OF INTEREST

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and for his Certificate of Interest pursuant to Rule 11.3 of the Rules of the United States District Court, Central District of Illinois, states as follows:

1. BRIAN GILLESPIE, Plaintiff, represented by attorney MARVIN GERSTEIN.

2. BRIAN GILLESPIE, Plaintiff, is not a corporation.

3. Attorney MARVIN GERSTEIN represents the Plaintiff, BRIAN GILLESPIE.

DATED:     November 2, 2005          Respectfully submitted,


BY:    s/Marvin Gerstein
       Marvin Gerstein Bar Number:  0942162
       Attorney for Plaintiff
       Marvin Gerstein Attorney at Law
       803 South Grove Street
       Urbana, Illinois  61801
       Telephone:  217/367-8734
       Email:  MiraG60@aol.com