AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

BRIAN GILLESPIE,
Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORRECTIONS,
et al,
Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-CV-2248

TO: (Name and address of Defendant)

Illinois Department of Corrections
ATTN: Director's Office
1301 Concordia Court
Springfield, Illinois 62702
217/522-2666

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
217/367-8734

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    11-4-2005
CLERK                                               DATE

s/S. Porter
(By) DEPUTY CLERK