AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

BRIAN GILLESPIE,
Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORRECTIONS,
et al,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  05-CV-2248

TO: (Name and address of Defendant)

Illinois Department of Corrections
ATTN: Director's Office
1301 Concordia Court
Springfield, Illinois 62702
217/522-2666

RECEIVED
NOV 9 2005
SHERIFF'S OFFICE
RECORD SECTION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
217/367-8734

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11-4-2005

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      *Date*                    *Signature of Server*

                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHE[RIFF'S RET]URN AND CERTIFICATION

I certify that I served this summons on the defendant as follows:
(Check appropriate box and complete information below)

☐ (a) (Individual defendants - personal):
By leaving a copy and a copy of the complaint with the individual defendant personally.

☐ (b) (Individual defendants -- abode):
By leaving a copy and a copy of the complaint at the usual place of abode of the individual defendant with some person of the family, of the age of 13 years or upwards, informing that person of the contents thereof and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his or her usual place of abode.

☐ (c) (Corporation defendants):
By leaving a copy and a copy of the complaint with its registered agent or any officer or agent of the defendant corporation.

☐ (d) (Other service):

Name of Defendant __Director R. Walker__    Name of Defendant _____

Name of other person Summons left with __Margaret Pocker__    Name of other person Summons left with _____

Sex __F__ Race __W__ Approx. Age _____    Sex ___ Race ___ Approx. Age ___

Date of Service __12/2/05__ Time __0930__    Date of Service _____ Time _____

Date of Mailing _____    Date of Mailing _____

**SHERIFF'S FEE**

Service and Return    $_____

Miles    _____    $_____

Total    $_____

_____ Sheriff of __Sang.__ County

By __███ 75b__ Deputy

12/2/05
0930