IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-2248 |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| UNKNOWN AND UNNAMED WARDEN OF THE ) | |
| LOGAN CORRECTIONAL CENTER, in his Official ) | |
| Capacity, and UNKNOWN AND UNNAMED ) | |
| OFFICIALS AT THE LOGAN CORRECTIONAL ) | |
| CENTER, in their Official and Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CIVIL COMPLAINT AT LAW**

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby submits Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law. In support thereof, Defendant states as follows:

1. Plaintiff is a former inmate who was incarcerated within the Illinois Department of Corrections.

2. Plaintiff filed his Civil Complaint at Law on November 1, 2005.

3. The Illinois Department of Corrections is not a proper defendant and the Plaintiff's claims against the Defendant are barred.

4. Attached hereto and incorporated herein is a Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this Honorable Court dismiss Plaintiff's Civil Complaint at Law as against the Defendant and grant such further relief as the Court deems necessary and proper.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant,

    LISA MADIGAN, Attorney General
    State of Illinois,

        Attorney for Defendant,

By    s/ Jason P. Young
      Jason P. Young, #6279522
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 785-4555
      Facsimile:  (217) 524-5091
      E-Mail:  jyoung@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed Defendant's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Marvin I. Gerstein
> MiraG60@aol.com

and I hereby certify that on January 31, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

> None.

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jyoung@atg.state.il.us
Attorney Bar #6279522