IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BRIAN GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2248 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| UNKNOWN AND UNNAMED WARDEN OF THE | ) | |
| LOGAN CORRECTIONAL CENTER, in his Official | ) | |
| Capacity, and UNKNOWN AND UNNAMED | ) | |
| OFFICIALS AT THE LOGAN CORRECTIONAL | ) | |
| CENTER, in their Official and Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CIVIL COMPLAINT AT LAW**

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submits a Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law. In support thereof, Defendant states as follows:

**INTRODUCTION**

Plaintiff, Brian Gillespie, is a former inmate who was incarcerated within the Illinois Department of Corrections. On November 1, 2005, Plaintiff filed his Civil Complaint at Law pursuant to 42 U.S.C. § 1983. In said Complaint, Plaintiff seeks monetary damages for Defendant's alleged deliberate indifference to his serious medical needs in violation of the Eighth and Fourteenth Amendments of the United States Constitution. As the Illinois

Department of Corrections is not a proper defendant, the Plaintiff's cause of action against the Defendant is barred. Accordingly, Plaintiff's Civil Complaint at Law should be dismissed as to the Defendant.

## ARGUMENT

### PLAINTIFF'S CAUSE OF ACTION AGAINST DEFENDANT IS BARRED AS THE ILLINOIS DEPARTMENT OF CORRECTIONS IS NOT A PROPER DEFENDANT.

Plaintiff's Civil Complaint at Law should be dismissed. A suit under 42 U.S.C. §1983 is present when:

> [e]very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States . . . to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, . . . injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

42 U.S.C. §1983.

Pursuant to Will v. Michigan Dept. of State Police, neither a state nor its officials acting in their official capacities are "persons" under 42 U.S.C. §1983. 491 U.S. 58, 71, 109 S. Ct. 2304, 2312 (1989). Accordingly, a private individual may not sue a State or its officials in their official capacities under 42 U.S.C. §1983. Therefore, Plaintiff's claims against the Defendant are barred since the Defendant is not a person.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully prays that this Honorable Court dismiss Plaintiff's Civil Complaint at Law as against the Defendant and provide such further relief as this Court deems necessary and proper.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By    s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
E-Mail:  jyoung@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Marvin I. Gerstein
MiraG60@aol.com

and I hereby certify that on January 31, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

s/ Jason P. Young
Jason P. Young
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jyoung@atg.state.il.us
Attorney Bar #6279522