IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 05-CV-2248 |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| UNKNOWN AND UNNAMED WARDEN OF THE ) | |
| LOGAN CORRECTIONAL CENTER, in his ) | |
| Official and Individual Capacity, and UNKNOWN ) | |
| and UNNAMED OFFICIALS AT THE LOGAN ) | |
| CORRECTIONAL CENTER, in their Official and ) | |
| Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

MOTION FOR EXTENSION OF TIME

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and for his Motion for Extension of Time to reply to Defendant ILLINOIS DEPARTMENT OF CORRECTIONS' Motion to Dismiss, states as follows:

1. The undersigned attorney retrieved Defendant's Motion to Dismiss on February 1, 2006.

2. That prior to that time he had been preparing for a Fact Finding Conference before the Illinois Department of Human Rights that had been scheduled for February 2, 2006 in *In Re The Matter of Dennis Mitchell*, IDHR Charge No.: 2005SA1639.

3. The undersigned attorney also has a Supplemental Brief due on February 13, 2006 in *In Re The Matter of Eric Rodmaker*, Case No. 2004-18 before the State Universities Retirement System of Illinois, which involves reviewing of five evidence depositions, including three evidence depositions of medical providers.

4. The undersigned attorney is also involved in preparing for judging the Trial Advocacy Competition scheduled for February 10, 2006, as sponsored by the University of Illinois Law School.

5. Finally, the undersigned attorney is scheduled for medical tests on February 16, 2006 regarding a hyperactive parathyroid requiring a bone density scan and other tests that are scheduled for that date.

6. The undersigned attorney believes that he can have responsive pleading to Defendant's Motion to Dismiss on file on or before March 3, 2006, and respectfully requests that this Honorable Court extend the filing of Plaintiff BRIAN GILLESPIE's responsive pleadings to Defendant's Motion to Dismiss to March 3, 2006.

WHEREFORE, the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, moves this Honorable Court for such Order of this Honorable Court extending to the Plaintiff, BRIAN GILLESPIE, until March 3, 2006 to file his response to Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law as filed by the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS.

DATED:     February 6, 2006         Respectfully submitted,

BY:    s/Marvin Gerstein
       Marvin Gerstein Bar Number:  0942162
       Attorney for Plaintiff
       Marvin Gerstein Attorney at Law
       803 South Grove Street
       Urbana, Illinois  61801
       Telephone:  217/367-8734
       Email:  MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BRIAN GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-CV-2248 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| UNKNOWN AND UNNAMED WARDEN OF THE | ) | |
| LOGAN CORRECTIONAL CENTER, in his | ) | |
| Official and Individual Capacity, and UNKNOWN | ) | |
| and UNNAMED OFFICIALS AT THE LOGAN | ) | |
| CORRECTIONAL CENTER, in their Official and | ) | |
| Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on February 8, 2006 a copy of the foregoing Motion for Extension of Time was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706

I, the undersigned, certify that on February 6, 2006 a copy of the foregoing Motion for Extension of Time was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, on the 6th day of February, 2006 addressed to:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706

.

BY:   s/Marvin Gerstein
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com