IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BRIAN GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-CV-2248 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| UNKNOWN AND UNNAMED WARDEN OF THE | ) | |
| LOGAN CORRECTIONAL CENTER, in his | ) | |
| Official and Individual Capacity, and UNKNOWN | ) | |
| and UNNAMED OFFICIALS AT THE LOGAN | ) | |
| CORRECTIONAL CENTER, in their Official and | ) | |
| Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S CIVIL COMPLAINT AT LAW

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and for his Response to Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law, as made by Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, pursuant to Federal Rule of Civil Procedure 12(b)(1), states as follows:

1.  The Motion to Dismiss as to the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, is well taken and Plaintiff, BRIAN GILLESPIE, hereby confesses said Motion to Dismiss and voluntarily dismisses the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, with respect to the above-entitled cause of action.

WHEREFORE, the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, moves this Honorable Court for such Order of this Honorable Court dismissing the

Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, as to the above-entitled cause of action with respect to Count IV thereof, as plead in Plaintiff BRIAN GILLESPIE's Civil Complaint at Law.

DATED:     March 1, 2006            Respectfully submitted,

 

BY:     s/Marvin Gerstein
      Marvin Gerstein Bar Number:  0942162
      Attorney for Plaintiff
      Marvin Gerstein Attorney at Law
      803 South Grove Street
      Urbana, Illinois  61801
      Telephone:  217/367-8734
      Email:  MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-2248 |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| UNKNOWN AND UNNAMED WARDEN OF THE ) | |
| LOGAN CORRECTIONAL CENTER, in his ) | |
| Official and Individual Capacity, and UNKNOWN ) | |
| and UNNAMED OFFICIALS AT THE LOGAN ) | |
| CORRECTIONAL CENTER, in their Official and ) | |
| Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on March 1, 2006 a copy of the foregoing Response to Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706

I, the undersigned, certify that on March 1, 2006 a copy of the foregoing Response to Defendant's Motion to Dismiss Plaintiff's Civil Complaint at Law was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois addressed to:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706.

BY:   s/Marvin Gerstein
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com