IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-CV-3048 |
| | ) |
| JAMES G. COX, in his Official and Individual Capacity, | ) |
| MAJOR ROSE, in his Official and Individual Capacity | ) |
| and UNKNOWN and UNNAMED OFFICIALS at the | ) |
| LOGAN CORRECTIONAL CENTER, in their Official | ) |
| and Individual Capacity, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ISSUANCE OF SUMMONS

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and for his Motion for Issuance of Summons, states as follows:

1. On March 20, 2006, this Honorable Court granted the Plaintiff, BRIAN GILLESPIE, leave to file his First Amended Civil Complaint at Law.

2. Said First Amended Civil Complaint at Law names as known Defendants the following persons:

   A. James G. Cox, whose address is:
      Southern Administration Building
      Nevada Department of Corrections
      2770 South Maryland Parkway
      Las Vegas, Nevada  89109, and

      3955 West Russell Road
      Las Vegas, Nevada  89109

   B. Major Rose, whose address is:
      10128 South Eberhart Avenue
      Chicago, Illinois  60628-2224

3. Courtesy copy of this pleading is being sent to Assistant Attorney General Jason Young for purposes of putting his office on notice of the addresses of Defendants JAMES G. COX and MAJOR ROSE so that he can monitor this matter.

WHEREFORE, the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, moves this Honorable Court for such Order of this Honorable Court hereby issuing the following Summonses:

    A.    James G. Cox, whose address is:
           Southern Administration Building
           Nevada Department of Corrections
           2770 South Maryland Parkway
           Las Vegas, Nevada  89109, and

           3955 West Russell Road
           Las Vegas, Nevada  89109

    B.    Major Rose, whose address is:
           10128 South Eberhart Avenue
           Chicago, Illinois  60628-2224


DATED:   March 27, 2006               Respectfully submitted,




                                            BY:   s/Marvin Gerstein
                                                 Marvin Gerstein Bar Number:  0942162
                                                 Attorney for Plaintiff
                                                 Marvin Gerstein Attorney at Law
                                                 803 South Grove Street
                                                 Urbana, Illinois  61801
                                                 Telephone:  217/367-8734
                                                 Email: MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-3048 |
| ) | |
| JAMES G. COX, in his Official and Individual Capacity, ) | |
| MAJOR ROSE, in his Official and Individual Capacity ) | |
| and UNKNOWN and UNNAMED OFFICIALS at the ) | |
| LOGAN CORRECTIONAL CENTER, in their Official ) | |
| and Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on March 27, 2006 a copy of the foregoing Motion for Issuance of Summons was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

I, the undersigned, certify that on March 27, 2006 a copy of the foregoing Motion for Issuance of Summons was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, on the 6th day of February, 2006 addressed to:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
.

BY:   s/Marvin Gerstein
Marvin Gerstein Bar Number: 0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
Telephone: 217/367-8734
Email: MiraG60@aol.com