IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-CV-3048 |
| JAMES G. COX, in his Official and Individual Capacity, MAJOR ROSE, in his Official and Individual Capacity and UNKNOWN and UNNAMED OFFICIALS at the LOGAN CORRECTIONAL CENTER, in their Official and Individual Capacity, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ISSUANCE OF SUMMONS

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and for his Motion for Issuance of Summons, states as follows:

1. On March 20, 2006, this Honorable Court granted the Plaintiff, BRIAN GILLESPIE, leave to file his First Amended Civil Complaint at Law.

2. Said First Amended Civil Complaint at Law names as known Defendants the following persons:

    A.    James G. Cox, whose address is:
            Southern Administration Building
            Nevada Department of Corrections
            2770 South Maryland Parkway
            Las Vegas, Nevada  89109, and

            3955 West Russell Road
            Las Vegas, Nevada  89109

    B.    Major Rose, whose address is:
            10128 South Eberhart Avenue
            Chicago, Illinois  60628-2224

3. Courtesy copy of this pleading is being sent to Assistant Attorney General Jason Young for purposes of putting his office on notice of the addresses of Defendants JAMES G. COX and MAJOR ROSE so that he can monitor this matter.

WHEREFORE, the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, moves this Honorable Court for such Order of this Honorable Court hereby issuing the following Summonses:

    A.    James G. Cox, whose address is:
           Southern Administration Building
           Nevada Department of Corrections
           2770 South Maryland Parkway
           Las Vegas, Nevada  89109, and

           3955 West Russell Road
           Las Vegas, Nevada  89109

    B.    Major Rose, whose address is:
           10128 South Eberhart Avenue
           Chicago, Illinois  60628-2224

DATED:     March 30, 2006         Respectfully submitted,

                                  BY:     s/Marvin Gerstein
                                        Marvin Gerstein Bar Number:  0942162
                                        Attorney for Plaintiff
                                        Marvin Gerstein Attorney at Law
                                        803 South Grove Street
                                        Urbana, Illinois  61801
                                        Telephone:  217/367-8734
                                        Email: MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-3048 |
| ) | |
| JAMES G. COX, in his Official and Individual Capacity, ) | |
| MAJOR ROSE, in his Official and Individual Capacity ) | |
| and UNKNOWN and UNNAMED OFFICIALS at the ) | |
| LOGAN CORRECTIONAL CENTER, in their Official ) | |
| and Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

    I, the undersigned, certify that on March 30, 2006 a copy of the foregoing Motion for Issuance of Summons was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Jason Young
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706

    I, the undersigned, certify that on March 30, 2006 a copy of the foregoing Motion for Issuance of Summons was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, addressed to:

    Mr. Jason Young
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706
.

                                        BY:    s/Marvin Gerstein
                                                      Marvin Gerstein Bar Number:  0942162
                                                      Attorney for Plaintiff
                                                      Marvin Gerstein Attorney at Law
                                                      803 South Grove Street
                                                      Urbana, Illinois  61801
                                                      Telephone:  217/367-8734
                                                      Email:  MiraG60@aol.com

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| | |
|---|---|
| <div align="center">**RETURN OF SERVICE**</div> ||
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* ||

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
　　　　　　　　　　　　Date　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

▧AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                      *Signature of Server*

                                      _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.