FILED DT 04-03-2005 RECEIVED DT 04-21-2006 DIE DT 05-08-2006 MULTIPLE SERVICE   1
    DEFENDANT                                    ATTORNEY
ROSE, MAJOR                                      MARVIN GERSTEIN
10128 S EBERHART AV                              803 S. GROVE ST.
CHICAGO IL. 60628                                URBANA IL. 61832
                                                 217 367-8734

PLAINTIFF GILLESPIE, BRIAN                                              FOREIGN

SERVICE INFORMATION: CF

*********************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

..X..1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON:  CORPORATION_____ COMPANY_____ BUSINESS_____ PARTNERSHIP_____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   MICHAEL F. SHEAHAN, SHERIFF, BY: _____  #3271
                                                                    DEPUTY
    1   SEX  M  M/F    RACE  B    AGE 66
    2   NAME OF DEFENDANT ROSE, MAJOR
        WRIT SERVED ON  M. ROSE
        THIS  4  DAY OF  MAY , 20 06  TIME  8:15  A.M./P.M.

        ADDITIONAL REMARKS _____

*********************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG  B-HOUSE                    ATTEMPTED SERVICES

NEIGHBORS NAME _____          DATE         TIME  A.M./P.M.

    ADDRESS _____          _____    ___:___  ____

    REASON NOT SERVED:              _____    ___:___  ____
                07 EMPLOYER REFUSAL
___01 MOVED     ___08 RETURNED BY ATTY    _____    ___:___  ____
___02 NO CONTACT ___09 DECEASED
___03 EMPTY LOT  ___10 BLDG DEMOLISHED    _____    ___:___  ____
___04 NOT LISTED ___11 NO REGISTERED AGT.
___05 WRONG ADDRESS ___12 OTHER REASONS   _____    ___:___  ____
___06 NO SUCH ADDRESS ___13 OUT OF COUNTY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

BRIAN GILLESPIE,
PLAINTIFF

**SUMMONS IN A CIVIL ACTION**

V.

MAJOR ROSE, in his Official and Individual
Capacity, et al,
DEFENDANT

CASE NUMBER: 06-CV-3048

TO: (Name and address of Defendant)

Major Rose
10128 South Eberhart Avenue
Chicago, Illinois  60628-2224

MICHAEL F. SHEAHAN
SHERIFF OF COOK COUNTY
MUNICIPAL DIVISION

000045-1.3.1 04/21/06 14:53
  1 FOREIGN WRIT        23.00
  1 MILEAGE              6.00
REF SHERIFF # 719776
CASE TOTAL              29.00 *
           TOTAL        29.00 IL
        CHECK I         29.00
CASHIER: GINNY

**YOU ARE HEREBY SUMMONED** and required to serve on Pl

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois  61832
217/367-8734

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                           4/3/2005
CLERK                                                      DATE

s/M. Cooke
(By) DEPUTY CLERK

May 4, 2006

Attorney at Law
Marvin Gerstein

I have no knowledge of this matter. I have never been an employee at Logan Correctional Center. You have the wrong Major Rose.

Sincerely yours,

Major Rose, Jr.