## OFFICE OF THE SHERIFF
## CLARK COUNTY DETENTION
## CIVIL PROCESS SECTION

BRIAN GILLESPIE )
)
**PLAINTIFF** ) CASE No. 06-CV-3048
vs ) SHERIFF CIVIL No. 604029
JAMES G. COX, in his Official and Individual )
Capacity, MAJOR ROSE, in his Official and )
Individual Capacity and UNKNOWN and )
UNNAMED OFFICIALS at the LOGAN )
CORRECTIONAL CENTER, in their Official and )
Individual Capacity )
**DEFENDANT** ) **AFFIDAVIT OF SERVICE**

STATE OF NEVADA }
} ss:
COUNTY OF CLARK }

NORMAN P. MINADEO, being first duly sworn, deposes and says: That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified and acting Deputy Sheriff in and for the County of Clark, State of Nevada, a citizen of the United States, over the age of twenty-one years and not a party to, nor interested in, the above entitled action; that on **May 4, 2006**, at the hour of **10:25 AM**. affiant as such Deputy Sheriff served a copy/copies of **SUMMONS IN A CIVIL ACTION and FIRST AMENDED CIVIL COMPLAINT AT LAW** issued in the above entitled action upon **JAMES G. COX @ NEVADA DEPT OF CORRECTIONS/ADMIN** the defendant **JAMES G. COX, in his Official and Individual Capacity, MAJOR ROSE, in his Official and Individual Capacity and UNKNOWN and UNNAMED OFFICIALS at the LOGAN CORRECTIONAL CENTER, in their Official and Individual Capacity** named therein, by delivering to and leaving with said defendant **JAMES G. COX**, personally, at **3955 W. RUSSELL ROAD, LAS VEGAS, NV 89109** within the County of Clark, State of Nevada, said copy/copies of **SUMMONS IN A CIVIL ACTION and FIRST AMENDED CIVIL COMPLAINT AT LAW**

DATED May 9, 2006.

BILL YOUNG, Sheriff

$100.00 DEPOSIT
 52.00 SERVICE FEES
$ 48.00 REFUND TO FOLLOW

SUBSCRIBED AND SWORN to me before me this
15th day of May 2006.

NORMAN P. MINADEO
Deputy Sheriff

NOTARY PUBLIC in and for said County & State

TAMI BRAVO
Notary Public State of Nevada
No. 97-0041-1
My appt. exp. Jan. 29, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

E-FILED
Thursday, 30 March, 2006 12:20:20 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

BRIAN GILLESPIE,
PLAINTIFF

V.

JAMES G. COX, in his Official and Individual Capacity, et al,
DEFENDANT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-OV-3048

TO: (Name and address of Defendant)

James G. Cox

Employer: Nevada Department of Corrections/Southern Admin. Bldg.
2770 South Maryland Parkway, Las Vegas, Nevada 89109

Home: 3955 West Russell Road, Las Vegas, Nevada 89109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61832
217/367-8734

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/M. Co[x]
(By) DEPUTY CLERK

4/3/2006
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    *Date*             *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.