IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3048 |
| ) | |
| JAMES G. COX, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER VENUE**

NOW COMES the Defendant, JAMES G. COX, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submits Defendant's Response to Plaintiff's Motion to Transfer Venue. In support thereof, Defendant states as follows:

1.  On March 3, 2006, this cause of action was transferred from the U.S. District Court for the Central District of Illinois, Urbana Division to the U.S. District Court for the Central District of Illinois, Springfield Division. In so ruling, the Court noted that the events giving rise to Plaintiff's Complaint took place during Plaintiff's incarceration at Logan Correctional Center, which is located within the boundaries of the U.S. District Court for Central District of Illinois, Springfield Division.

2.  On April 23, 2006, Plaintiff filed a Motion to Transfer Venue seeking retransfer of this cause of action to the U.S. District Court for the Central District of Illinois, Urbana Division.

3.  Defendant asserts that the current venue is proper and an additional transfer is not required. As the Court stated, Plaintiff's Amended Complaint alleges events that

purportedly occurred within the boundaries of the U.S. District Court for the Central District of Illinois, Springfield Division. As the case is still in the initial stages, it is unclear as to what witnesses the Defendant may wish to present. Moreover, Plaintiff's Amended Complaint alleges Unknown and Unnamed Officials at Logan Correctional Center as Defendants.

4. In the interests of justice, judicial economy, and efficiency, Defendant asserts that venue is proper and the Plaintiff's motion should be denied.

WHEREFORE, for the above and foregoing reasons, the Defendant respectfully requests that this Honorable Court deny the Plaintiff's Motion to Transfer Venue and grant such further relief the Court deems necessary and proper.

>Respectfully submitted,
>
>JAMES G. COX,
>
>>Defendant,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>>Attorney for Defendant,
>
>By   s/ Jason P. Young
>     Jason P. Young, #6279522
>     Assistant Attorney General
>     500 South Second Street
>     Springfield, IL  62706
>     Telephone:  (217) 785-4555
>     Facsimile:  (217) 524-5091
>     E-Mail: jyoung@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2006, I electronically filed Defendant's Response to Plaintiff's Motion to Transfer Venue with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Marvin I. Gerstein
> MiraG60@aol.com

and I hereby certify that on May 25, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

> None.

Respectfully submitted,

s/ Jason P. Young
Jason P. Young
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jyoung@atg.state.il.us
Attorney Bar #6279522