IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  06-CV-3048 |
| ) | |
| JAMES G. COX, in his Official and Individual Capacity, ) | |
| MAJOR ROSE, in his Official and Individual Capacity ) | |
| and UNKNOWN and UNNAMED OFFICIALS at the ) | |
| LOGAN CORRECTIONAL CENTER, in their Official ) | |
| and Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

MOTION TO STRIKE DEFENDANT JAMES G. COX'S
RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER VENUE

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and submits his Motion to Strike Defendant JAMES G. COX's Response to Plaintiff's Motion to Transfer Venue, states as follows:

1. On May 25, 2006, Defendant JAMES G. COX filed Defendant's Response to Plaintiff's Motion to Transfer Venue.

2. Rules of the United States District Court, Central District of Illinois at Rule 7.1(B)(2) requires any party opposing a motion filed pursuant to Rules of the United States District Court, Central District of Illinois at Rule 7.1(B)(1) to include a brief statement of the specific points or propositions of law and supporting authorities upon which the responding party relies.

3. Plaintiff BRIAN GILLESPIE's Motion to Transfer Venue was, in fact, predicated and raised the question of law as to the Order of the Honorable Judge Harold A. Baker entered on March 3, 2006 and did provide the court with a Memorandum of Law in accordance with Rule 7.1(B)(1).

4. Defendant JAMES G. COX's Response to Plaintiff's Motion to Transfer Venue does not include such a statement as to the propositions of law and supporting authorities raised by Plaintiff BRIAN GILLESPIE's Motion to Transfer Venue.

5. Therefore, Defendant's Response to Plaintiff's Motion to Transfer Venue should be stricken for not complying with Rules of the United States District Court, Central District of Illinois at Rule 7.1(B)(2).

WHEREFORE, the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, moves this Honorable Court for an Order of this Honorable Court striking Defendant JAMES G. COX's Response to Plaintiff's Motion to Transfer Venue.

DATED:    June 1, 2006    Respectfully submitted,

BY:    s/Marvin Gerstein
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES G. COX, in his Official and Individual Capacity, )<br>MAJOR ROSE, in his Official and Individual Capacity )<br>and UNKNOWN and UNNAMED OFFICIALS at the )<br>LOGAN CORRECTIONAL CENTER, in their Official )<br>and Individual Capacity, )<br>)<br>Defendants. ) | Case No. 06-CV-3048 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify that on May 31, 2006 a copy of the foregoing Motion to Strike Defendant James G. Cox's Response to Plaintiff's Motion to Transfer Venue was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Jason Young
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois 62706

    I, the undersigned, certify that on June 1, 2006 a copy of the foregoing Motion to Strike Defendant James G. Cox's Response to Plaintiff's Motion to Transfer Venue was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, addressed to:

    Mr. Jason Young
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois 62706
.

                                                BY:   s/Marvin Gerstein
                                                            Marvin Gerstein Bar Number: 0942162
                                                            Attorney for Plaintiff
                                                            Marvin Gerstein Attorney at Law
                                                             803 South Grove Street
                                                            Urbana, Illinois 61801
                                                            Telephone: 217/367-8734
                                                           Email: MiraG60@aol.com