IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BRIAN GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3048 |
| | ) | |
| JAMES G. COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO FILE ANSWER INSTANTER**

NOW COMES the Defendant, JAMES G. COX, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby moves for leave to file his Answer instanter pursuant to Rule 6 of the Federal Rules of Civil Procedure. In support thereof, Defendant states as follows:

1.  Plaintiff's Amended Complaint was filed on March 27, 2006. Defendant James G. Cox was served on May 4, 2006.

2.  Defendant Cox is no longer an employee of the Illinois Department of Corrections and was not at the time of service. Defendant Cox currently resides in the State of Nevada.

3.  Following service, Defendant Cox immediately began working with undersigned counsel and the Department of Corrections to arrange representation.

4.  Defendant Cox's failure to answer within the proper time is due to his presence outside of the state of Illinois and the necessity for the arrangement of representation. Plaintiff has not been prejudiced by the delay as no other Defendants have

yet been served. Defendant Cox has a valid defense to the Plaintiff's allegations and should be allowed to present the defense.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this Honorable Court grant Defendant's Motion to File Answer Instanter and grant any further relief the Court deems necessary and proper.

Respectfully submitted,

JAMES G. COX,

Defendant,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendant,

By   s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
E-Mail: jyoung@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed Defendant's Motion to File Answer Instanter with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Marvin I. Gerstein
MiraG60@aol.com

and I hereby certify that on June 5, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

None.


Respectfully submitted,

 s/ Jason P. Young
Jason P. Young
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jyoung@atg.state.il.us
Attorney Bar #6279522

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-3048 |
| JAMES G. COX, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, JAMES G. COX, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submits Defendant's Answer to Plaintiff's Amended Complaint. In support thereof, Defendant states as follows:

**PARTIES TO THIS CAUSE OF ACTION**

1. Defendant admits the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant admits the allegations of paragraph 3.

**JURISDICTION AND VENUE**

4. Defendant admits the allegations of paragraph 4.

**ALLEGATIONS COMMON TO ALL COUNTS**

5. Defendant admits the Court has jurisdiction, but denies that any of the Plaintiff was deprived of his rights.

**STATEMENT OF FACTS**

6. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 6.

7. Defendant admits the allegations of paragraph 7.

1

8. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 8.

9. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 9.

10. Defendant lacks sufficient knowledge to either admit or deny the allegations of paragraph 10.

### COUNT I - VIOLATION OF 42 U.S.C § 1983 BY DEFENDANT JAMES G. COX, FORMERLY THE WARDEN OF THE LOGAN CORRECTIONAL CENTER, IN HIS INDIVIDUAL CAPACITY

11. Defendant re-asserts the answers given for paragraphs 6-10.

12. Defendant denies the allegations of paragraph 12.

13. Defendant denies the allegations of paragraph 13.

14. Defendant denies the allegations of paragraph 14.

15. Defendant admits the allegations of paragraph 15.

16. Defendant denies the allegations of paragraph 16.

### Prayer for Relief

Defendant denies that Plaintiff is entitled to any relief whatsoever in this cause of action.

### COUNT II - VIOLATION OF 42 U.S.C. § 1983 BY DEFENDANT JAMES G. COX, FORMERLY THE WARDEN OF THE LOGAN CORRECTIONAL CENTER IN HIS OFFICIAL CAPACITY

17. Defendant re-asserts the answers given for paragraphs 6-10.

18. Defendant denies the allegations of paragraph 18.

19. Defendant denies the allegations of paragraph 19.

20. Defendant denies the allegations of paragraph 20.

21. Defendant admits the allegations of paragraph 21.

22.     Defendant denies the allegations of paragraph 22.

### Prayer for Relief

Defendant denies that Plaintiff is entitled to any relief whatsoever in this cause of action.

### COUNT III - VIOLATION OF 42 U.S.C. § 1983 BY DEFENDANT MAJOR ROSE, FORMERLY THE SECURITY OFFICER OF THE LOGAN CORRECTIONAL CENTER IN HIS INDIVIDUAL CAPACITY

As Count III is not directed at the Defendant, answers to paragraphs 23 through 28 will not be provided.

### COUNT IV - VIOLATION OF 42 U.S.C. § 1983 BY DEFENDANT MAJOR ROSE, FORMERLY THE SECURITY OFFICER OF THE LOGAN CORRECTIONAL CENTER IN HIS OFFICIAL CAPACITY

As Count IV is not directed at the Defendant, answers to paragraphs 29 through 34 will not be provided.

### COUNT V - VIOLATION OF 42 U.S.C. § 1983 BY DEFENDANTS UNKNOWN AND UNNAMED OFFICIALS AT THE LOGAN CORRECTIONAL CENTER IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY

As Count V is not directed at the Defendant, answers to paragraphs 35 through 40 will not be provided.

### AFFIRMATIVE DEFENSES

1.      At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known.  Defendant is therefore protected from suit by the doctrine of qualified immunity.

2.      To the extent that the alleged actions of the Defendant occurred more than two years prior to the initiation of this cause of action, Plaintiff's claims are barred by the statute of limitations.

3. To the extent that Plaintiff has alleged no physical injury in association with certain alleged claims, Plaintiff is barred from recovering mental or emotional damages pursuant to 42 U.S.C. 1997e(e).

4. To the extent that Plaintiff's claims are against the Defendant in his official capacity, said claims are barred by sovereign immunity.

Respectfully submitted,

JAMES G. COX,

Defendant,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendant,

By    s/ Jason P. Young
      Jason P. Young, #6279522
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 785-4555
      Facsimile:  (217) 524-5091
      E-Mail:  jyoung@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2006, I electronically filed Defendant's Answer to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Marvin I. Gerstein
>MiraG60@aol.com

and I hereby certify that on _____, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

>None.

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jyoung@atg.state.il.us
Attorney Bar #6279522