IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-CV-3048 |
| | ) |
| JAMES G. COX, in his Official and Individual Capacity, | ) |
| MAJOR ROSE, in his Official and Individual Capacity | ) |
| and UNKNOWN and UNNAMED OFFICIALS at the | ) |
| LOGAN CORRECTIONAL CENTER, in their Official | ) |
| and Individual Capacity, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF BRIAN GILLESPIE'S ANSWER TO
## DEFENDANT JAMES G. COX'S AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, and for his Answer to Defendant JAMES G. COX's Affirmative Defenses, states as follows:

1. Plaintiff BRIAN GILLESPIE denies each and every allegation contained in Defendant JAMES G. COX's Affirmative Defense No. 1.

2. Plaintiff BRIAN GILLESPIE denies each and every allegation contained in Defendant JAMES G. COX's Affirmative Defense No. 2, and further states that the injury in question occurred while Plaintiff was in custody with the Illinois Department of Corrections and was filed within two years after being released from custody with the Illinois Department of Corrections.

3. Plaintiff BRIAN GILLESPIE denies each and every allegation contained in Defendant JAMES G. COX's Affirmative Defense No. 3, and further states that a physical injury was occasioned as a result of the above-entitled cause of action filed by Plaintiff.

4.     Plaintiff BRIAN GILLESPIE neither admits nor denies the allegations contained in Defendant JAMES G. COX's Affirmative Defense No. 4 as Plaintiff lacks sufficient knowledge thereof.

WHEREFORE, Plaintiff, BRIAN GILLESPIE, by and through his attorney, MARVIN GERSTEIN, respectfully prays for the following relief:

A.     Judgment in favor of Plaintiff, BRIAN GILLESPIE, and against Defendant, JAMES G. COX, formerly the Warden of the LOGAN CORRECTIONAL CENTER, in his Individual Capacity, for compensatory damages in an amount determined by the jury that will fairly compensate the Plaintiff for the pain and suffering he endured while incarcerated, and also for the permanent damage he suffered as a result of said conduct.

B.     Judgment in favor of Plaintiff, BRIAN GILLESPIE, and against Defendant, JAMES G. COX, formerly the Warden of the LOGAN CORRECTIONAL CENTER, in his Individual Capacity, for punitive damages in an amount determined by the jury that will be sufficient to deter the recurrence of similar future conduct toward incarcerated persons.

C.     For an award to Plaintiff, BRIAN GILLESPIE, of all costs incurred in prosecuting this action, including reasonable attorney's fees.

D.     That Defendant JAMES G. COX take nothing from his Affirmative Defenses as alleged with regard to Plaintiff BRIAN GILLESPIE's First Amended Civil Complaint at Law.

DATED:     June 12, 2006          Respectfully submitted,

BY:     s/Marvin Gerstein
Marvin Gerstein Bar Number: 0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
Telephone: 217/367-8734
Email: MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-3048 |
| ) | |
| JAMES G. COX, in his Official and Individual Capacity, ) | |
| MAJOR ROSE, in his Official and Individual Capacity ) | |
| and UNKNOWN and UNNAMED OFFICIALS at the ) | |
| LOGAN CORRECTIONAL CENTER, in their Official ) | |
| and Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I, the undersigned, certify that on June 12, 2006 a copy of the foregoing Plaintiff Brian Gillespie's Answer to Defendant James G. Cox's Affirmative Defenses was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706

I, the undersigned, certify that on June 13, 2006 a copy of the foregoing Plaintiff Brian Gillespie's Answer to Defendant James G. Cox's Affirmative Defenses was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, addressed to:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
.

BY:   s/Marvin Gerstein
      Marvin Gerstein Bar Number:  0942162
      Attorney for Plaintiff
      Marvin Gerstein Attorney at Law
      803 South Grove Street
      Urbana, Illinois  61801
      Telephone:  217/367-8734
      Email: MiraG60@aol.com