IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN GILLESPIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES G. COX, in his Official and Individual Capacity, )<br>MAJOR ROSE, in his Official and Individual Capacity )<br>and UNKNOWN and UNNAMED OFFICIALS at the )<br>LOGAN CORRECTIONAL CENTER, in their Official )<br>and Individual Capacity, )<br>)<br>Defendants. ) | Case No.  06-CV-3048 |

CERTIFICATE OF COMPLIANCE

The undersigned attorney, MARVIN GERSTEIN, certifies that on the 15th day of June, 2006 he served copy of Plaintiff BRIAN GILLESPIE's Rule 26 Disclosure to Defendant JAMES G. COX in the U.S. Mail at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Jason Young
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706

As requested by the Federal Court of the Central District of Illinois, the original of said Plaintiff BRIAN GILLESPIE's Rule 26 Disclosure was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

BY:   s/Marvin Gerstein
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com